1843.

Atlantic Ins. Company v. Lemar.

---

## ATLANTIC INSURANCE COMPANY vs. LEMAR.

Where a demurrer is overruled, and there is nothing in the proceedings before the court to show that a longer time than twenty days is necessary to answer the bill, if the defendant asks for further time, the proper course for the court is to make the usual order, that the defendant put in his answer and pay the costs of the demurrer in twenty days; with liberty to the defendant to apply for further time, upon notice of the application to the complainant.

THIS was an appeal from so much of the order of the assistant vice chancellor, overruling the demurrer to the complainant's bill, as gave to the defendant six months to put in his answer.

October 24.

*D. Lord*, for the appellant.

*J. Rhoades*, for the respondent.

The CHANCELLOR said there was nothing in the case to show that the defendant had any defence to the suit, or that such a great delay was necessary to enable him to answer the bill; that where there was nothing in the proceedings before the court to show that a longer time than the twenty days, prescribed in the 49th rule, was necessary to answer the bill, if the defendant's counsel asked for further

time to put in his answer, the proper course for the court was to make the usual order in such cases, that the defendant answer the bill and pay the costs of the hearing upon the demurrer within twenty days ; with liberty to the defendant to apply for further time, upon due notice of the application to the solicitor for the complainant.

Order of the assistant vice chancellor modified accordingly.